UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS MORALES VASQUEZ,<br><br>    Defendant. | Case No. CR03-260L<br><br>ORDER DENYING DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE |

This matter comes before the Court on defendant's "Motion for a Downward Departure Pursuant to U.S.S.G. § 5K2" (Dkt. # 31). On November 20, 2003, defendant was sentenced to 36 months and 7 days imprisonment following his guilty plea to conspiracy to distribute cocaine. In his motion, defendant asks the Court to reduce his sentence in light of his post-conviction rehabilitation.

Defendant's post-conviction rehabilitation does not form a basis on which this Court may reduce his sentence. Because more than a year has passed since defendant's conviction, this Court may only reduce his sentence if the government requests such a reduction on the grounds that defendant has provided the government with substantial assistance. See Fed. R. Crim. P. 35(b). The government has not filed such a motion.

To the extent that defendant claims that the Bureau of Prison has improperly refused to give him credit for participating in a drug treatment program, that claim must be dismissed for

ORDER DENYING DEFENDANT'S
MOTION FOR A DOWNWARD
DEPARTURE - 1

1  lack of jurisdiction.  See Hassain v. Johnson, 790 F.2d 1420, 1420 (9th Cir. 1986).  Such a claim
2  must be brought through a habeas corpus petition, 28 U.S.C. § 2241, in the United States
3  District Court for the Eastern District of California, the district in which defendant is now
4  incarcerated.
5     For all of the foregoing reasons, defendant's  "Motion for a Downward Departure
6  Pursuant to U.S.S.G. § 5K2" (Dkt. # 31) is DENIED.

8     DATED this 18th day of April, 2005.

            /s/ Robert S. Lasnik
            Robert S. Lasnik
            United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR A DOWNWARD
DEPARTURE - 2